ORDER
PER CURIAM:
In a single-judge order dated December 17, 2001, the Court denied the appellant’s application for an award of attorney fees and expenses under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). On December 20, 2001, the appellant filed a timely motion for panel decision pursuant to Rule 35 of the Court’s Rules of Practice and Procedure.
Upon consideration of the foregoing, it is
ORDERED that not later than 20 days after the date of this order, the Secretary file, and serve on the appellant, a response, pursuant to Rule 35(g), to the appellant’s motion for panel decision as well as to the arguments presented therein. It is further
ORDERED that, not later than 15 days after service of the Secretary’s response, the appellant may file, and serve on the Secretary, a reply thereto.